UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER DELGADO,<br><br>                             Plaintiff,<br><br>               v.<br><br>CITY OF NEW YORK, et al.,<br><br>                             Defendants. | 19 Civ. 6320 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The initial pretrial conference in this matter was held telephonically today at 9:30 a.m., as scheduled. The Court and defense counsel appeared; plaintiff's counsel, however, did not. By separate order issued today, the Court approved the parties' proposed case management plan, which contemplates the close of fact discovery by September 30, 2020, to allow the parties time to complete mediation pursuant to Local Civil Rule 83.10. As the Court explained at the conference, the Court will be flexible in granting extensions to any interim case deadlines, as long as such extensions are for the purpose of facilitating the parties' mediation, submitted in writing, and do not impact the September 30, 2020 fact discovery deadline.

      SO ORDERED.

                                                                               *Paul A. Engelmayer*<br>
                                                                               Paul A. Engelmayer<br>
                                                                               United States District Judge

Dated: March 30, 2020<br>
      New York, New York