UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER DELGADO,

                            Plaintiff,            19 Civ. 6320 (PAE)

              -v-

CITY OF NEW YORK, et al.,                      ORDER

                          Defendants.

---

PAUL A. ENGELMAYER, District Judge:

On September 21, 2020, defendants filed a motion for partial judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). Dkts. 30–32. Accordingly, it is hereby ORDERED that plaintiff shall serve any opposition to that motion by October 13, 2020. Defendants' reply, if any, shall be served by October 20, 2020. At the time any reply is served, the moving party shall supply the Court with courtesy copies of all motion papers via email to EngelmayerNYSDChambers@nysd.uscourts.gov.

      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: September 24, 2020
           New York, New York