UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
PETER DELGADO, :
:
Plaintiff, :
: 19-CV-6320 (JPC)
-v- :
: ORDER
CITY OF NEW YORK *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pending before the Court is Defendants' motion for partial judgment on the pleadings. *See* Dkt. 30. All parties are ordered to appear before the undersigned for oral argument with regard to this motion. Oral argument shall take place on May 26, 2021 at 10:00 a.m.

Within one week of the filing of this order, the parties shall file a joint letter informing the Court whether all parties are comfortable appearing for the oral argument in person at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. If any party is not comfortable with the argument being held in person, the letter shall not disclose the identity of that party or parties and the Court will conduct the oral argument using remote technology.

SO ORDERED.

Dated: May 10, 2021
      New York, New York

                                                   JOHN P. CRONAN
                                            United States District Judge