

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JEFFREY F. FRANK**
*Assistant Corporation Counsel*
Email: jefrank@law.nyc.gov
Cell: (929) 930-0780
Tel: (212) 356-3541

June 9, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Peter Delgado v. City of New York, et al.*,
              19 Civ. 6320 (JPC)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. I write jointly with plaintiff's counsel, Sameer Nath, to respectfully: (1) provide a status update pursuant to the Court's June 2, 2022 Order (Docket Entry ("DE") No. 86); and (2) request that the Court cancel the telephone conference scheduled for June 13, 2022, at 10:00 a.m.

        On June 8, 2022, the parties met and conferred via telephone to discuss the discovery dispute raised in defendants' April 26, 2022 letter motion to compel (DE No. 78) and plaintiff's June 1, 2022 response (DE No. 85)  Plaintiff produced the retainer agreement to defendants on June 8, 2022. Additionally, plaintiff agreed to produce legal bills and time and expense records within fourteen (14) days of the Court's Order on defendants' anticipated motion for summary judgment, should the Court not dismiss this case in its entirety.

        As the parties have resolved this discovery dispute, the parties respectfully request that the Court cancel the June 13, 2022 conference, which the Court had scheduled to discuss defendants' letter motion to compel.

- 2 -

The parties thank the Court for its consideration herein.

                          Respectfully submitted,

Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

Sameer Nath, Esq.
*Attorney for Plaintiff*
Sim & DePaola LLP

This request is granted.  Given that the parties have resolved the discovery dispute, *see* Dkt. 78, the Court cancels the June 13, 2022 conference.  The Clerk of the Court is respectfully directed to close the motions pending at Docket Numbers 78 and 88.

SO ORDERED.

Date: June 10, 2022
      New York, New York

JOHN P. CRONAN
United States District Judge