UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER DELGADO,<br><br>                               Plaintiff,<br><br>          -v.-<br><br>CITY OF NEW YORK, et al.,<br><br>                               Defendants. | 19 Civ. 06320 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **Monday, July 10, 2023 at 1:30 p.m.**, the Court will hold a brief status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 649 310 500 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: July 6, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge