**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PETER DELGADO,

                      Plaintiff,

  -against-                                        19 **CIVIL** 6320 (JHR)

## JUDGMENT

CITY OF NEW YORK, individually and in their official capacities as New York City police officers, MD SAMSUDDIN, WILFRED MARTINEZ, KYLE TING, LUIS RODRIGUEZ,

                      Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 2, 2023, Defendants' motion for summary judgment on Counts One through Four, and Counts Fifteen, Sixteen, and Eighteen, is GRANTED. Plaintiff's remaining causes of action (Counts Five and Seventeen) are DISMISSED without prejudice to refile in a state court of appropriate jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

      October 3, 2023

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                **BY:**    *K. Mango*

                                                        **Deputy Clerk**